

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of B.P. and B.P., children,    * From the 35th District Court
of Brown County,
Trial Court No. CV2001036.

No. 11-21-00156-CV                              * September 9, 2021

                                               * Per Curiam Memorandum Opinion
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.